INTERCOUNTY OPERATING CORPORATION et al., Appellants, v. COUNTY OF NASSAU, Respondent, et al., Defendants.

Argued May 25, 1944; decided June 14, 1944.

*Morris Rochman* and *Charles H. Stoll* for appellants. ·
*Eugene R. Hurley* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.